## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81283-CIV-SMITH

GARY MARDER, ET AL.,

      Plaintiffs,

vs.

TEGNA, INC., ET AL.,

      Defendants.
_____/

### ORDER GRANTING MOTION TO STRIKE

      This matter is before the Court on Defendants' TEGNA Inc., Gannett Co., Inc. and News Corp.'s Amended/Revised Motion to Strike [DE 19]. Despite seeking an extension of time in which to respond, Plaintiffs have not filed a response to the Motion. Plaintiffs' First Amended Complaint alleges five counts of defamation against the Defendants. The moving Defendants seek to strike portions of the First Amended Complaint that seek attorneys' fees and prejudgment interest because Plaintiffs have pled no basis for their entitlement to either.

      The Eleventh Circuit has stated that a "party's failure to respond to any portion or claim in a motion indicates such portion, claim or defense is unopposed." *Jones v. Bank of Am., N.A.*, 564 F. App'x 432, 434 (11th Cir. 2014) (quoting *Kramer v. Gwinnett Cnty., Ga.,* 306 F. Supp. 2d 1219, 1221 (N.D. Ga. 2004)). Further, "[w]hen a party fails to respond to an argument or otherwise address a claim, the Court deems such argument or claim abandoned." *Jones*, 564 F. App'x at 434 (quoting *Hudson v. Norfolk S. Ry. Co.,* 209 F. Supp. 2d 1301, 1324 (N.D. Ga. 2001)). Additionally, under Local Rule 7.1(c)(1), failure to respond to a motion "may be deemed sufficient cause for granting the motion by default." Thus, Plaintiffs' failure to respond is sufficient reason for the

Court to grant the Motion. Moreover, Plaintiffs have failed to allege in their First Amended Complaint any basis for either an entitlement to attorneys' fees or an entitlement to prejudgment interest. Accordingly, it is

**ORDERED** that Defendants' TEGNA Inc., Gannett Co., Inc. and News Corp.'s Amended/Revised Motion to Strike [DE 19] is **GRANTED**. Plaintiffs' demands for prejudgment interest and attorneys' fees are **STRICKEN** from the First Amended Complaint.

DONE and ORDERED in Fort Lauderdale, Florida, this 8th day of May, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record