UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81283-CIV-SMITH

GARY MARDER, ET AL.,

        Plaintiffs,

vs.

TEGNA, INC., ET AL.,

        Defendants.
_____/

## ORDER OF FINAL DISMISSAL

This matter is before the Court on the Plaintiffs' Response to the June 29, 2020 Order Granting Defendants' Motion to Dismiss as it Relates to Defendant Mario A. Lavandeira [DE 57]. In the June 29, 2020 Order [DE 56], the Court dismissed with prejudice Plaintiffs' claims against all Defendants other than Mario A. Lavandeira and ordered Plaintiffs to show cause why this matter should not be dismissed as to Lavandeira for failure to serve. Plaintiffs' Response indicates that Plaintiffs have been unable to serve Lavandeira and have decided not to continue to attempt service on Lavandeira. Accordingly, it is

**ORDERED** that:

1. This action is **DISMISSED with prejudice** as to Defendants TEGNA Inc., Gannett Co., Inc. and News Corp. and **DISMISSED without prejudice** as to Defendant Mario A. Lavandeira.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of July, 2020.

                                                 _____
                                                 RODNEY SMITH
                                                 UNITED STATES DISTRICT JUDGE

cc:    All counsel of record